RUTH CHOLEWA, an Infant, by ISRAEL CHOLEWA, Her Guardian ad Litem, and ISRAEL CHOLEWA, Respondents, v. ROBINSON & PLANT, INC., Appellant.— Judgment in favor of plaintiffs in an action for personal injuries suffered by the infant-plaintiff when she was boarding a rowboat owned and controlled by the defendant at Prospect Park, and for loss of services and expenses, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

EMMA CONNOLLY, Appellant, v. DANIEL GOODMAN, Respondent.— In a common-law action by an employee against an employer to recover for personal injuries alleged to have been caused by the employer's negligence, judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Adel and Close, JJ.

SALVATORE DELLARIO, an Infant, by BENJAMIN DELLARIO, His Guardian ad Litem; BENJAMIN DELLARIO, Individually, JOSEPHINE COSTA, an Infant, by JOHN COSTA, Her Guardian ad Litem, LEONORA DELLARIO, FRANCES COSTA, JENNIE COLOMBO and ROCCO COLOMBO, Appellants, v. BROOKLYN & QUEENS TRANSIT CORPORATION, Respondent.— Action for damages for personal injuries, property damage and loss of services claimed to have been suffered by plaintiffs as a consequence of the collision of an automobile, in which they were riding, with a trolley car of the defendant, at the intersection of two streets. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.